Esau Ruiz Herrera (SBN 71189)
Herrera & Pizarro
302-F Toyon Ave, No. 284
San Jose, CA 95127
(408) 926-7163
EsauLawyer@gmail.com

Attorney for Defendant

**FILED**

APR - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARTEMIO ARMAS-GARCIA,

    Defendant.
_____/

No. CR 09-00194 ~~70188 PS~~ RMW

**Stipulation of Counsel
and
Order of Court**

STIPULATION OF COUNSEL

Counsel for the United States Government, Laura M. Durity, Esq., and counsel for defendant, Esau Ruiz Herrera, Esq., hereby stipulate and agree that there exists good cause for this Court to reset the status hearing date in this matter, from April 6, 2009, to April ___9___, 2009, at 2:00 ~~1:30~~ pm.  ( 94 )

It is represented by counsel for defendant that this matter will resolve by execution of the proffered plea agreement, and that additional time is needed to have the plea agreement officially translated and read to defendant in Spanish at the county jail facility. In addition, at the time the status hearing date of April 6 was set, defense counsel was then not immediately aware that he was already set on that same day for another matter in Southern California.

/ / / / /

/ / / / /

(1) Order of Court

**ORDER OF COURT**

**GOOD CAUSE APPEARING THEREFORE**, and upon the stipulation of counsel for the government and for defendant, **It Is Hereby Ordered** that the date set for further status hearing shall be continued from April 6, 2009, and **reset to April 9**, 2009, at ~~1:30~~ 2:00 pm. All other conditions of the Court's prior orders shall remain in effect.

April 6, 2009

_____
Hon. Ronald Whyte

Approved as to form. It is so stipulated.

April 1, 2009

_____
Laura M. Durity, Esq.
Assistant United States Attorney

April 1, 2009

_____
Esau Ruiz Herrera
Attorney for Artemio Armas-Garcia

(2) Order of Court